UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR05-023-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| RICHARD JACK HIBBS, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on February 20, 2013. The United States was represented by AUSA and the defendant by. The proceedings were digitally recorded.

Defendant had been sentenced on or about August 8, 2005 by the Honorable James L. Robart on a charge of Conspiracy to Distribute Methamphetamine, and sentenced to 60 months custody, 5 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm or dangerous weapon, submit to drug testing, participate in a substance abuse

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

program, abstain from alcohol, submit to search, participate in a mental health program, and provide access to financial information as requested. (Dkt. 23.)

On December 11, 2009, defendant admitted violating the conditions of supervised release by using amphetamine, failing to report for urinalysis testing, and possessing drug paraphernalia. (Dkt. 32.) Defendant was sentenced to credit for time served (9 days), 57 months supervised release. (Dkt. 35.)

On April 20, 2010, defendant admitted violating the conditions of supervised release by using methamphetamine and failing to report for drug testing. (Dkt. 45.) The defendant was continued on supervised release and no further action was taken at the time. (Dkt. 48.)

On September 22, 2011, defendant's probation officer reported that he tested positive for using methamphetamine and alcohol. Defendant was reprimanded, placed in a structured testing program and a community based residential program. No further action was taken at the time. (Dkt. 49.)

On September 9, 2012, defendant's probation officer reported that defendant violated the conditions of supervised release by using methamphetamine. (Dkt. 50, 51.) Defendant admitted the violation on September 27, 2012. (Dkt. 52.) Defendant entered and completed a 28 day inpatient treatment program (Dkt. 62 at 2) and no further action was taken. Defendant remained on supervised release. (Dkt. 59.)

In an application dated (Dkt. 61, 62), U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of supervised release:

1. Using amphetamines on or before February 6, 2013, in violation of standard condition No. 7.

2. Failing to report for urinalysis testing on or about January 7, 8, 24, and 25, and February 5, 13, and 14, 2013, in violation of the special condition that requires the defendant to report for urinalysis testing as directed.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been detained.

DATED this 20th day of February, 2013.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Bruce Miyake
Defendant's attorney: Brent Hart
Probation officer: Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3